UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02749-JLK

AUDUBON SOCIETY OF GREATER DENVER

Petitioner,

UNITED STATES ARMY CORPS OF ENGINEERS

Respondent.

## LAW STUDENT APPEARANCE FORM

1. Law Student Certification

   I certify that:

   (1)   I am duly enrolled in University of Denver, Sturm College of Law, in accordance with part B.1 of the Student Practice Rule of this court.

   (2)   I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

   (3)   I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (cod.uscourts.gov), including the Judicial Officers' Procedures.

Dated: 01/13/15

_____
Signature of Student

2. Law School Certification

   I certify that this student:

   (1) has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

   (2) is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

   (3) that Kevin J. Lynch, who will serve as supervising attorney, is employed in a clinical program approved by this school.

   Dated: 1/14/15                              _____
                                               Signature of Dean or Authorized Designee

                                               Director of Clinical Programs
                                               (Position of Above)

3. Supervising Attorney's Certification

   As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

   (1) assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

   (2) guide and assist this student as necessary or appropriate under the circumstances; and

   (3) appear with this student in all proceedings in this matter.

   Dated: 1/14/15                              _____
                                               Signature of Attorney

4. Consent of Client

I consent to be represented by student attorney, Patrick DePriest, in this matter in accordance with the Student Practice Rule of this court.

I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this court and employed in the clinical program at the law school.

Dated: Jan. 14, 2015

_Pauline P. Reetz_
Signature of Client

5. Judicial Consent

I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court, except _____.

Dated: 1/16/15

_[signature]_
Signature of District Judge
~~or Magistrate Judge Exercising~~
~~Consent Jurisdiction Pursuant~~
~~to D.C.COLO.LCivR 72.2~~