THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02749-PAB

AUDUBON SOCIETY OF GREATER DENVER,

    Petitioner,

v.

UNITED STATES ARMY CORPS OF ENGINEERS,

    Respondent,

---

**AUDUBON SOCIETY OF GREATER DENVER'S UNOPPOSED MOTION FOR LEAVE OF STUDENT ATTORNEY BRADLEY NEAGOS TO APPEAR**

---

Pursuant to General Order 2005-3, Petitioner Audubon Society of Greater Denver ("Denver Audubon") respectfully requests leave of the Court for student attorney Bradley Neagos to appear before the Court and represent it in this matter under the supervision of the undersigned counsel. In support thereof, Denver Audubon states as follows:

1. Bradley Neagos is enrolled in the Environmental Law Clinic for the 2015-16 academic year and has satisfied the requirements specified on the Court's Law Student Appearance Form (attached).

2. The supervising attorney in this case, Kevin J. Lynch, is licensed to practice law in the State of Colorado and is a member in good standing of the bar of this Court. Pursuant to General Order 2005-3, the supervising attorney will assume professional responsibility for Mr. Neagos's work, will be present whenever Mr. Neagos appears before the Court, will co-sign all pleadings

1

and correspondence, and will maintain appropriate professional liability insurance for the supervising attorney and eligible students.

3. Pursuant to D.Colo.LCivR 7.1(a), counsel for Denver Audubon has conferred with counsel representing the United States Army Corps of Engineers, the Colorado Department of Natural Resource and the Chatfield Participating Entities regarding this motion and ascertained that the United States Army Corps of Engineers, the Colorado Department of Natural Resources and the Chatfield Participating Entities do not oppose this motion.

4. For the above reasons, Denver Audubon respectfully requests leave for student attorney Bradley Neagos to appear as counsel for Denver Audubon in this matter under the supervision of Kevin J. Lynch.

DATED:

October 6, 2015

Respectfully submitted,

/s/ Kevin J. Lynch
Kevin J. Lynch
University of Denver Sturm College of Law
2255 E. Evans Ave.
Denver, CO 80208
Tel: (303) 871-6039
Fax: (303) 871-6847
klynch@law.du.edu

Counsel for Petitioner

## CERTIFICATE OF SERVICE

I certify that on October 6, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to the attorneys of record.

Phillip Dupré, Phillip.R.Dupre@usdoj.gov
Barabara M.R. Marvin, Barbara.Marvin@usdoj.gov
Jacob Licht - Steenfat, Jacob.Licht - Steenfat@usdoj.gov
*Attorneys for Respondent, United States Army Corps of Engineers*

Casey Shpall, Casey.Shpall@state.co.us
*Attorney for Intervenor- Defendant Colorado Department of Natural Resources*

Bennett Raley bwraley@mac.com
Deborah Lynn Freeman, dfreeman@troutlaw.com
Michael Allan Kopp, mkopp@troutlaw.com
*Attorney Intervenor - Defendants Castle Pines Metropolitan District et al.*

/Kevin J. Lynch
Kevin J. Lynch

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02749-PAB

AUDUBON SOCIETY OF GREATER DENVER

　　　　Petitioner,

UNITED STATES ARMY CORPS OF ENGINEERS

　　　　Respondent.

## LAW STUDENT APPEARANCE FORM

1. Law Student Certification

　　　I certify that:

　　　(1)　I am duly enrolled in University of Denver, Sturm College of Law, in accordance with part B.1 of the Student Practice Rule of this court.

　　　(2)　I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

　　　(3)　I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (cod.uscourts.gov), including the Judicial Officers' Procedures.

Dated: September 29, 2015

_____
Signature of Student

2. Law School Certification

   I certify that this student:

   (1) has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

   (2) is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

   (3) that Kevin J. Lynch, who will serve as supervising attorney, is employed in a clinical program approved by this school.

Dated: 9/30/15

_____
Signature of Dean or Authorized Designee

Director of Clinical Programs
(Position of Above)

3. Supervising Attorney's Certification

   As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

   (1) assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

   (2) guide and assist this student as necessary or appropriate under the circumstances; and

   (3) appear with this student in all proceedings in this matter.

Dated: September 29, 2015

_____
Signature of Attorney

4. Consent of Client

I consent to be represented by student attorney, Bradley Neagos, in this matter in accordance with the Student Practice Rule of this court.

I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this court and employed in the clinical program at the law school.

Dated: 10/04/2015

_[signature]_
Signature of Client

5. Judicial Consent

I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court, except _____.

Dated: Nov. 16, 2015

_[signature]_
Signature of District Judge
or Magistrate Judge Exercising
Consent Jurisdiction Pursuant
to D.C.COLO.LCivR 72.2